## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE:** | **September 15, 2020** |
| **TIME:** | **11:00 a.m.** |
| **DOCKET NUMBER(S):** | **CV 19-509 (ARR)** |
| **NAME OF CASE(S):** | **Sessoms v. The County of Suffolk et al** |
| **FOR PLAINTIFF(S):** | **Kelton** |
| **FOR DEFENDANT(S):** | **Skorupa** |
| **NEXT CONFERENCE(S):** | **THE COURT WILL HOLD A FURTHER CONFERENCE AT 10:00 AM ON DECEMBER 1, 2020 AT 10:00 AM.** |
| **FTR/COURT REPORTER:** | **N/A** |

**TELEPHONIC-INITIAL CONFERENCE RULINGS:**

The case management schedule proposed by the parties, calling among other things for completion of fact discovery by March 15, 2021, disclosure of plaintiff's expert reports by April 15, 2021, and disclosure of defendants' expert reports by April 30, 2021, is approved.

Defendants will submit a letter withdrawing all affirmative defenses they agree do not apply by September 29, 2020.

THE COURT WILL HOLD A FURTHER CONFERENCE AT 10:00 AM ON DECEMBER 1, 2020 AT 10:00 AM.

Counsel shall be prepared to discuss whether scheduling a settlement conference might be productive as well as whether the case might be resolved by a dispositive motion based on stipulated facts.