UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

=============================================x

RAHEEM SESSOMS,

             Plaintiff,

-against-

COUNTY OF SUFFOLK, SUFFOLK COUNTY POLICE
DETECTIVE PETER BARBA, #1244, and UNIDENTIFIED
SUFFOLK COUNTY POLICE OFFICERS #1-10,

             Defendants.

=============================================x

**STIPULATION OF VOLUNTARY WITHDRAWAL OF AFFIRMATIVE DEFENSES NINE, TEN, NINETEEN AND TWENTY**

**20-cv-00509 (ARR)(SMG)**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the respective parties hereto, that the Affirmative Defenses Nine (9), Ten (10), Nineteen (19) and Twenty (20) heretofore interposed in the Defendants' Answer to Amended Complaint dated March 16, 2020 are hereby withdrawn.

**IT IS FURTHER STIPULATED AND AGREED,** that this Stipulation may be executed in counterparts, and facsimile signatures shall be accepted as originals for the purposes of this Stipulation.

Dated:    Hauppauge, New York
           September 25, 2020

_____
DENNIS M. COHEN
SUFFOLK COUNTY ATTORNEY
Attorney for Defendants COUNTY OF
SUFFOLK
AND DETECTIVE PETER BARBA
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, New York 11788
By: STACY A. SKORUPA
     Assistant County Attorney

_____
by: AMY MARION, ESQ.
Abrams, Fensterman, Fensterman, Eisman,
Fornato, Ferrara, Wolf & Carone, LLP
Attorney for Plaintiff
3 Dakota Drive, Suite 300
Lake Success, NY 11042

**SO ORDERED:**

**Dated: Brooklyn, New York**

_____, **2020**

_____
**U.S.D.J.**