

**COUNTY OF SUFFOLK**

**STEVEN BELLONE
SUFFOLK COUNTY EXECUTIVE**

DENNIS M. COHEN
COUNTY ATTORNEY

DEPARTMENT OF LAW

November 24, 2020

Hon. Steven M. Gold, U.S.M.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Raheem Sessoms v. County of Suffolk et al
     20-cv-00509 (AAR)(SMG)

Dear Judge Gold,

As the Court is aware, I am the Assistant County Attorney assigned to represent the Suffolk County defendants in the above-referenced case. This case is currently scheduled for a status conference on December 1, 2020 at 10:00 am.

Based upon my review of the Minute Entry from the Court following the initial conference on September 15, 2020 and my conferring with Plaintiff's Counsel, Amy Marion, regarding same, it is unclear as to whether the December 1, 2020 conference is to be held in person or via telephone. My personal recollection is that it would be deemed a telephone conference. I write this letter to the Court on behalf of both myself and Ms. Marion to seek clarification regarding same. Additionally, if it was the Court's intention to conduct this conference in person, please accept this letter as a joint request from Ms. Marion and I to convert the conference to a telephone conference based on the current status of the COVID-19 pandemic to ensure the health and safety of all those involved.

We thank the Court for its attention to this matter.

Respectfully submitted,
Dennis M. Cohen
Suffolk County Attorney
*/s/ Stacy A. Skorupa*
By: Stacy A. Skorupa
    Assistant County Attorney

CC:   Amy Marion, Esq.
       Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolff & Carone, LLP
       3 Dakota Drive, Suite 300
       Lake Success, NY 11042
       (VIA ECF)

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY ♦

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY 11788-0099 ♦

(631) 853-4049
TELECOPIER (631) 853-5169