# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE** | **December 1, 2020** |
| **TIME:** | **10:00 a.m.** |
| **DOCKET NUMBER(S):** | **CV 20-509 (ARR)** |
| **NAME OF CASE(S):** | **Sessoms v. The County of Suffolk et al** |
| **FOR PLAINTIFF(S):** | **Marion** |
| **FOR DEFENDANT(S):** | **Skorupa** |
| **NEXT CONFERENCE(S):** | **THE COURT WILL HOLD A FURTHER TELEPHONE CONFERENCE AT 2:00 PM ON FEBRUARY 4, 2021** |
| **FTR/COURT REPORTER:** | **N/A** |

**TELEPHONE CONFERENCE RULINGS:**

**THE COURT WILL HOLD A FURTHER TELEPHONE CONFERENCE AT 2:00 PM ON FEBRUARY 4, 2021.**

**Counsel shall be prepared to discuss whether a settlement conference might be productive, and if not to set a new date for completing fact discovery.**

**If counsel remain unable to agree on the terms of a protective order, they shall submit letter motions on the matter by January 8, 2021.**