# ABRAMS ⬛ FENSTERMAN

Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP

Attorneys at Law

3 Dakota Drive, Suite 300
Lake Success, New York 11042
Telephone: (516) 328-2300
www.abramslaw.com

January 7, 2021

<u>Via ECF</u>
Hon. Steven M. Gold, U.S.M.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *Sessoms v County of Suffolk*, 20-cv-00509 (AAR)(SMG)

Dear Judge Gold:

  I represent plaintiff in the above referenced action and write this letter with the consent of my adversary to request an extension of the January 8, 2021 deadline to submit letter motions regarding a protective order as per Your Honor's December 2, 2020 Order as well as an extension of the January 15, 2021 deadline to complete paper discovery. This is the first request for an extension of these deadlines. This request is being submitted today and not yesterday as it is the result of an extreme family emergency. I am presently tending to my mother for whom we have just commenced hospice care and I had anticipated being able to complete the letter motion but matters have taken a quick turn for the worse and I am unable to address this motion at this time.

  I am respectfully requesting until February 15, 2021 to submit my letter motion with the County defendant's response due on February 19, 2021. Given this request, the parties also request an extension of the deadline to complete paper discovery until such time as the motion regarding the protective order is decided.

            Respectfully,

            Amy Marion